AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
) Case No. 12-MC-0034
All funds in account number 04257-17507 held in the )
name of Yadira Gastelum, at Bank of America, 3505 )
E. Imperial Highway, Lynwood, California )

## APPLICATION FOR A WARRANT
## TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Central___ District of ___California___ is subject to forfeiture to the United States of America under ___21___ U.S.C. § ___881___ *(describe the property)*:

All funds in account number 04257-17507 held in the name of Yadira Gastelum, at Bank of America, 3505 E. Imperial Highway, Lynwood, California

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

*Applicant's signature*

Patricia Nelson, IRS  Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 10, 2012

*Judge's signature*
**BOYD N. BOLAND**
United States **Magistrate Judge**
*Printed name and title*

City and state:  Denver, Colorado