**Appendix H**

# INFORMATION REGARDING
# SPECIAL ASSIGNMENTS
### See D.C.COLO.LCivR 40.1

Case number of action being filed: <u>12-MC-0034</u>

Case number of claimed related pending case in this court: <u>12-sw-5104-BNB; 12-sw-5105-BNB; 12-sw-5108-BNB; 12-sw-5109-BNB; and 12-sw-5110-BNB</u>

Judge assigned to claimed related case: <u>Magistrate Judge Boyd N. Boland</u>

Type of action of claimed related case: <u>Search Warrants</u>

Status of claimed related pending case: <u>Search warrants executed 2/9/2012</u>

State reasons the new case is claimed to be related to a pending case(s): <u>Same affidavit, facts, and individuals involved</u>

<u>Martha A. Paluch</u>                           <u>Plaintiff</u>
Attorney                                              Party

<u>February 10, 2012</u>
Date

(Rev. 11/04)